*Monday, August 8, 1994*

## MOTION DOCKET

**94-1524.** In re Carlin. *Licking County*, No. 93CA00124. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for stay of execution,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective August 4, 1994.

## MISCELLANEOUS DISMISSALS

**93-636.** Cook v. Wineberry Deli, Inc. *Summit County*, No. 15694. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint application for dismissal, with prejudice,

IT IS ORDERED by the court that the joint application for dismissal, with prejudice, be, and the same is hereby, granted, effective July 27, 1994.

**94-346.** Cook v. Wineberry Deli, Inc. *Summit County*, No. 16349. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint application for dismissal, with prejudice,

IT IS ORDERED by the court that the joint application for dismissal, with prejudice, be, and the same is hereby, granted, effective July 27, 1994.

*Tuesday, August 9, 1994*

## MOTION DOCKET

**92-405.** State v. Hawkins. *Hamilton County*, Nos. C-920092 and C-910017. Upon consideration of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Hamilton County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective August 8, 1994.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**94-1164.** State v. Taniguchi. *Franklin County*, No. 93AP-1131. This cause is pending before the court on the certification of conflict by the Court of Appeals for Franklin County. Upon notice to this court that appellee is indigent and is not represented by counsel,

IT IS ORDERED by the court, *sua sponte*, effective August 8, 1994, that counsel be appointed for appellee and this matter is remanded to the court of appeals for appointment of counsel pursuant to S.Ct.Prac.R. II(2)(D)(2).

IT IS FURTHER ORDERED that appellee's merit brief shall be due within thirty days of the date of appointment of counsel.

## MISCELLANEOUS DISMISSALS